## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

          **CRIMINAL NO. 13-CR-30182-DRH**

  **vs.**

**KYLE W. OBERG,**

     **Defendant.**

### ORDER OF FINDING OF NO THIRD-PARTY INTERESTS
### (FINAL ORDER OF FORFEITURE)

Pursuant to Federal Rule of Criminal Procedure 32.2(b)(2), on March 7, 2017, this Court entered an order for forfeiture against defendant Kyle W. Oberg for the following property (Doc. No. 102), which had been seized from the defendant:

**One Black Asus computer tower with a blu ray device, bearing no visible serial number;**

**One Black Asus computer tower, bearing no visible serial number;**

**One Seagate 500GB Hard Drive, bearing serial number 5QG1MVMS;**

**One Sony laptop computer, Model PCG-71312L, bearing serial number 275233373000924;**

**One HP Pavilion laptop computer, bearing serial number CND411032ZV;**

**One Sony Cybershot digital camera, bearing serial number 446181;**

**One Micro SD card in a SD adapter;**

**One Primos Truth Cam 46 containing one 16 GB Micro SD card;**

**One Samsung Galaxy S III, Verizon 4G LTE cellular telephone, model #SCH-1535, FCC ID: A3LSCH1535;**

**One Duracell 8 GB thumb drive, bearing no serial number;**

**One Fujifilm 8 GB SD card, bearing serial number 2620001918;**

**One Fujifilm 8 GB SD card, bearing serial number 4183821670; and**

**One SanDisk 16 GB SD card, bearing serial number 1100906033DUT.**

The court notes that pursuant to Supplemental Rule G(4), the United States is exempt from publishing notice if the property is worth less than $1,000.

Consequently, the Court hereby finds, pursuant to 21 U.S.C. § 853(n)(7), which governs criminal forfeitures pursuant to 18 U.S.C. § 982(b)(1), that the United States of America has clear title to the above-described property that is the subject of the Order of Forfeiture filed on March 7, 2017 (Doc. No. 102), namely:

**One Black Asus computer tower with a blu ray device, bearing no visible serial number;**

**One Black Asus computer tower, bearing no visible serial number;**

**One Seagate 500GB Hard Drive, bearing serial number 5QG1MVMS;**

**One Sony laptop computer, Model PCG-71312L, bearing serial number 275233373000924;**

**One HP Pavilion laptop computer, bearing serial number CND411032ZV;**

**One Sony Cybershot digital camera, bearing serial number 446181;**

**One Micro SD card in a SD adapter;**

**One Primos Truth Cam 46 containing one 16 GB Micro SD card;**

**One Samsung Galaxy S III, Verizon 4G LTE cellular telephone, model #SCH-1535, FCC ID: A3LSCH1535;**

**One Duracell 8 GB thumb drive, bearing no serial number;**

**One Fujifilm 8 GB SD card, bearing serial number 2620001918;**

**One Fujifilm 8 GB SD card, bearing serial number 4183821670; and**

**One SanDisk 16 GB SD card, bearing serial number 1100906033DUT.**

Therefore, pursuant to Federal Rule of Criminal Procedure 32.2(c)(2), this order serves as the Final Order of Forfeiture in the case. The property custodian for the United States Secret Service shall dispose of the property according to law. The disposal may, at the discretion of the United States, include the destruction of the property. The destruction may be done at such time and location and by such persons as designated by the property custodian for the United States Secret Service.

**DATE: March 14, 2017**

Judge Herndon
2017.03.14
15:25:27 -05'00'

_____

**DAVID R. HERNDON**
**United States District Court Judge**